IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 11-629 |
| SAMMY LOPEZ-CRUZ | : | |

### O R D E R

AND NOW, this 3rd day of August 2020, upon consideration of the Government's Motion to Dismiss Indictment, it is hereby

**ORDERED**

that Information No. 11-629 is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
*Judge, United States District Court*